STURGES and Another *v.* ROGERS.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit, commenced by attachment, in favor of *Rogers*, against *Sturges and Ellis*. Judgment by default.

*Bowen* was garnisheed; and, upon his answer, judgment was rendered against him.

At a subsequent term a motion was made by the attorney of *Sturges*, on his own affidavit alone, to have the judgment against *Bowen* set aside. The motion was overruled. The ruling on this motion presents the only question in the case which arises in this Court. We are clear that cause was not shown for setting aside the judgment, simply on the attorney's application. Whether the judgment is conclusive as to the amount of the indebtedness of *Bowen* to *Sturges*, or whether, indeed, as between them, it is of any force, we do not decide.

The judgment is affirmed, with 1 per cent. damages and costs.

*J. P. Usher*, for the appellants.

*W. Henderson* and *J. W. Gordon*, for the appellee.

Nov. Term, 1860.

STURGES
v.
RODGERS.

# CASES

## ARGUED AND DETERMINED

### IN THE

# SUPREME COURT OF JUDICATURE

### OF THE

## STATE OF INDIANA,

AT INDIANAPOLIS, MAY TERM, 1861, IN THE FORTY-FIFTH
YEAR OF THE STATE.